UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CIVIL ACTION |
| Plaintiff | |
| v. | No. 08-2215 |
| NHS SYSTEMS, INC., | |
|    a Pennsylvania corporation, also d/b/a National Healthcare Solutions and National Health Net Online, and | |
| HARRY F. BELL, JR., | |
|    individually and as an officer or principal of NHS Systems, Inc., and | |
| PHYSICIAN HEALTH SERVICE, LLC, | |
|    a Missouri limited liability company, also d/b/a/ American Health Benefits On Line, and | |
| DONNA NEWMAN, | |
|    individually and as an officer or principal of Physician Health Service, LLC, and | |
| JOHN E. BARTHOLOMEW, | |
|    individually, and | |
| PLUS HEALTH SAVINGS, INC., | |
|    a Pennsylvania corporation | |
| PHYSICIANS HEALTH SYSTEMS, INC., a Delaware corporation, also d/b/a American Health Benefits On Line | |

HEALTH MANAGEMENT, LLC,
  a Missouri limited liability company

6676529 CANADA, INC.,
  a Canadian corporation

NICOLE BERTRAND,
  individually and as an officer or
  principal of 6676529 Canada, Inc.

BARRY KIRSTEIN,
  individually

"DANNIE BOIE"
  a person whose true identity is
  unknown, individually

PHS ENTERPRISES, INC.,
  a Nevada corporation

FIRST STEP MANAGEMENT, INC.,
  a St. Lucia company

GOLD DOT, INC.,
  a St. Lucia company

LINKE JN PAUL,
  individually and as an officer or
  principal of First Step Management, Inc.
  and Gold Dot, Inc.

TASHA JN PAUL,
  individually and as an officer or
  principal of Gold Dot, Inc.

NEVADA BUSINESS SOLUTIONS,
INC.,
  a Nevada corporation

INTERFACE MANAGEMENT, INC.,

| |
|---|
| a Florida corporation, also d/b/a Galaxy Member Benefits<br><br>BEGINNING AGAIN, INC.,<br>    a Florida corporation<br><br>                    Defendants |

## ORDER

AND NOW, this 24th day of September, 2009, upon consideration of the parties' submissions (Docket Nos. 51, 58, 65, 98, 102, and 103), as well as the hearing held by this court on July 23, 2009, it is hereby ORDERED that:

1. The FTC's motion for an order requiring Teledraft to turn over funds is **GRANTED.** Teledraft is **ORDERED** to turn over $264,224.03 to the Receiver.

2. Teledraft's motion for relief from the litigation stay is **GRANTED**.

/s/ Louis H. Pollak<br>
Pollak, J.