# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff<br><br>  v.<br><br>NHS SYSTEMS, INC.,<br><br>  a Pennsylvania corporation, also d/b/a National Healthcare Solutions and National Health Net Online, and<br><br>HARRY F. BELL, JR.,<br><br>  individually and as an officer or principal of NHS Systems, Inc., and<br><br>PHYSICIAN HEALTH SERVICE, LLC,<br><br>  a Missouri limited liability company, also d/b/a/ American Health Benefits On Line, and<br><br>DONNA NEWMAN,<br><br>  individually and as an officer or principal of Physician Health Service, LLC, and<br><br>JOHN E. BARTHOLOMEW,<br><br>  individually, and<br><br>PLUS HEALTH SAVINGS, INC.,<br><br>  a Pennsylvania corporation<br><br>PHYSICIANS HEALTH SYSTEMS, INC., a Delaware corporation, also d/b/a American Health Benefits On Line | CIVIL ACTION<br><br>No. 08-2215 |

HEALTH MANAGEMENT, LLC,
  a Missouri limited liability company

6676529 CANADA, INC.,
  a Canadian corporation

NICOLE BERTRAND,
  individually and as an officer or
  principal of 6676529 Canada, Inc.

BARRY KIRSTEIN,
  individually

"DANNIE BOIE"
  a person whose true identity is
  unknown, individually

PHS ENTERPRISES, INC.,
  a Nevada corporation

FIRST STEP MANAGEMENT, INC.,
  a St. Lucia company

GOLD DOT, INC.,
  a St. Lucia company

LINKE JN PAUL,
  individually and as an officer or
  principal of First Step Management, Inc.
  and Gold Dot, Inc.

TASHA JN PAUL,
  individually and as an officer or
  principal of Gold Dot, Inc.

NEVADA BUSINESS SOLUTIONS,
INC.,
  a Nevada corporation

INTERFACE MANAGEMENT, INC.,

a Florida corporation, also d/b/a Galaxy Member Benefits

BEGINNING AGAIN, INC.,
   a Florida corporation

               Defendants

## ORDER

**AND NOW**, this 10th day of December 2009, upon consideration of the parties' memoranda of law and the record herein, it is hereby **ORDERED** as follows:

(1) Teledraft's Motion for a Stay Pending Appeal (Docket No. 111) is **DENIED**;

(2) The portion of this court's order dated September 24, 2009 (docket no. 109) requiring Teledraft to turn over $264,224.03 to the Receiver appointed in this matter is **STAYED** for a period of thirty (30) days following the entry of this order. Unless a further stay is granted by the Third Circuit, the stay will expire without further order of this court upon expiration of the thirty (30) day period.

                                             /s/ Louis H. Pollak
                                             Pollak, J.