# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff | CIVIL ACTION |
| v. | No. 08-2215 |
| NHS SYSTEMS, INC., | |
| a Pennsylvania corporation, also d/b/a National Healthcare Solutions and National Health Net Online, and | |
| HARRY F. BELL, JR., | |
| individually and as an officer or principal of NHS Systems, Inc., and | |
| PHYSICIAN HEALTH SERVICE, LLC, | |
| a Missouri limited liability company, also d/b/a/ American Health Benefits On Line, and | |
| DONNA NEWMAN, | |
| individually and as an officer or principal of Physician Health Service, LLC, and | |
| JOHN E. BARTHOLOMEW, | |
| individually, and | |
| PLUS HEALTH SAVINGS, INC., | |
| a Pennsylvania corporation | |
| PHYSICIANS HEALTH SYSTEMS, INC., a Delaware corporation, also d/b/a American Health Benefits On Line | |

HEALTH MANAGEMENT, LLC,
   a Missouri limited liability company

6676529 CANADA, INC.,
   a Canadian corporation

NICOLE BERTRAND,
   individually and as an officer or
   principal of 6676529 Canada, Inc.

BARRY KIRSTEIN,
   individually

"DANNIE BOIE"
   a person whose true identity is
   unknown, individually

PHS ENTERPRISES, INC.,
   a Nevada corporation

FIRST STEP MANAGEMENT, INC.,
   a St. Lucia company

GOLD DOT, INC.,
   a St. Lucia company

LINKE JN PAUL,
   individually and as an officer or
   principal of First Step Management, Inc.
   and Gold Dot, Inc.

TASHA JN PAUL,
   individually and as an officer or
   principal of Gold Dot, Inc.

NEVADA BUSINESS SOLUTIONS,
INC.,
   a Nevada corporation

INTERFACE MANAGEMENT, INC.,

> a Florida corporation, also d/b/a Galaxy Member Benefits
>
> BEGINNING AGAIN, INC.,
>    a Florida corporation
>
>                 Defendants

June 2, 2011

## MEMORANDUM/ORDER

On May 10, 2011, the FTC filed a Motion to Approve Consent Judgment for Entry of Stipulated Final Order for Permanent Injunction and Monetary Relief as to Defendant Donna Newman. Dkt. 152. On May 23, 2011, the FTC filed a similar motion as to defendant Harry F. Bell, Jr. Dkt. 158. The consent judgments provide, *inter alia*, that defendants Newman and Bell are ordered to remit the entire amounts held in various named bank accounts. The consent judgments further provide that, if the defendants fail to comply with the remittance order, judgment will be entered against defendants Newman and Bell in the amount of $1,654,949.20 and $5,089,471.45, respectively. Although both Newman and Bell have signed their respective consent judgments, both defendants are proceeding pro se.

In light of the foregoing, the parties are hereby advised that this court will not entertain the aforementioned motions, or any analogous stipulation, unless and until the defendants are represented by counsel.

Accordingly, the FTC's motion of May 10, 2011, regarding Donna Newman, and the FTC's motion of May 23, 2011, regarding Harry F. Bell Jr., are hereby **DENIED** without prejudice.

BY THE COURT:

/s/ Louis H. Pollak
Pollak, J.