# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 08-2215 |
| NHS SYSTEMS, INC., et al., | |
| Defendants. | |

**ORDER**

**AND NOW**, this  17th  of June, 2011, for the reasons discussed in the accompanying memorandum, it is hereby **ORDERED** as follows:

(1) Teledraft's Motion to Stay Pending Appeal is **DENIED** without prejudice.

(2) The contempt order of May 12, 2011 is hereby **STAYED**, *nunc pro tunc* from May 12, 2011, until the Honorable M. Faith Angell, United States Magistrate Judge, has made a final determination as to the amount of compensatory sanctions owed by Teledraft.

(3) Teledraft's request for an order directing the Magistrate to act as expeditiously as is practicable is **DENIED**.

BY THE COURT:

 /s/ Paul S. Diamond (E.J.) 
Pollak, J.