UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                  Plaintiff,<br><br>v.<br><br>NHS SYSTEMS, INC., et al.,<br><br>                  Defendants. | CIVIL ACTION<br><br>No. 08-2215 |

**ORDER**

**AND NOW**, this  3  day of August, 2011, for the reasons discussed in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The Clerk of Court shall send to all persons and entities listed in paragraph one of the accompanying Notice: (1) a copy of that Notice, and (2) a copy of the FTC's Motion for Summary Judgment (docket no. 136).

2. In performing the transmission specified in paragraph one of this Order, the Clerk shall, in addition to using the mailing addresses on file, use the following email addresses:

   (i) **Recipient**: Nicole Bertrand     **Email Address**: nicolebertrand2@sympatico.ca

   (ii) **Recipient**: Barry Kirstein     **Email Address**: barry.kirstein@sympatico.ca

   (iii) **Recipient**: David James Greer     **Email Address**: dannieboie2009@gmail.com

   (iv) **Recipient**: Tasha Jn Paul     **Email Address**: writetasha@yahoo.com

                                                      BY THE COURT:

                                                       /s/ Louis H. Pollak
                                                      Pollak, J.