UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                     Plaintiff,<br><br>   v.<br><br>NHS SYSTEMS, INC., et al.,<br><br>                     Defendants. | CIVIL ACTION<br><br>No. 08-2215 |

**MEMORANDUM & ORDER**

        On August 3, 2011, this court ordered the Clerk of Court to send notices to all defendants named in the FTC's motion for summary judgment. *See* Docket Nos. 180, 181. The Clerk has informed the court that it does not have the capacity to send notices via electronic mail because the defendants are not registered with the Clerk's electronic filing system. The Clerk also informed the court that it would comply with the August 3, 2011, order by sending notices, via United States mail, to the addresses listed for each defendant in the Certificate of Service associated with the FTC's motion for summary judgment (docket no. 136).

        Accordingly, this 8th day of August, 2011, it is hereby **ORDERED** that:

(1)    The FTC shall send a copy of the Notice (docket no. 180) and the motion for summary judgment (docket no. 136) to all defendants named in the summary judgment motion.

(2)    The FTC shall use whatever means it deems necessary, including but not limited to electronic mail, to ensure that the defendants receive the communications described in paragraph (1), above.

(3)    The FTC shall submit to the court, not later than 14 days from the date of this order, adequate proof of compliance with paragraphs (1) and (2), above.

(4)    This court's August 3, 2011, order (docket no. 181) is hereby **AMENDED**. Paragraph two of that order is **STRICKEN**.

                                                           BY THE COURT:

                                                           /s/ Louis H. Pollak
                                                           Pollak, J.