UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>NHS SYSTEMS, INC., et al.,<br><br>                Defendants. | CIVIL ACTION<br><br>No. 08-2215 |

**MEMORANDUM & ORDER**

On August 9, 2011, this court ordered the FTC to send notices to all defendants named in the FTC's motion for summary judgment. *See* Docket No. 183. On August 11, 2011, the FTC requested clarification regarding its obligations under the court's order. *See* Docket No. 184. The court agrees that clarification would be beneficial.

Accordingly, this 18th day of August, 2011, it is hereby **ORDERED** that:

(1) This court's August 9, 2011, order (docket no. 183) is hereby **AMENDED** as follows:

    (a) Paragraph two of that order is stricken and replaced by the following: "The FTC shall use reasonable means under the circumstances, including but not limited to electronic mail, to provide to the defendants the communications described in paragraph (1) above. Such means shall take into account the known or last known circumstances of each defendant."

    (b) The fourteen-day time period for compliance articulated in paragraph (3) of that order shall instead run from the date of this order.

(2) The August 9, 2011, order is not otherwise modified.

BY THE COURT:

/s/ Louis H. Pollak
Pollak, J.