IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | : | CIVIL ACTION |
| v. | : | No. 08-2215 |
| NHS SYSTEMS, INC., et al. | : | |

## **ORDER**

AND NOW, this 28th day of March, 2013, for the reasons set forth in the accompanying Memorandum, it is ORDERED Plaintiff Federal Trade Commission's (FTC) Motion for Summary Judgment (Document 136) is GRANTED. Judgment is entered in favor of the FTC and against all Defendants on all Counts of the Complaint. The Court ADOPTS the FTC's proposed permanent injunction.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

　/s/ Juan R. Sánchez　
Juan R. Sánchez, J.